LAW Suite
ON
STAFF
US COUNRT HOWSE
CAR 981 WRONG DOING
VERy DISRECTABLE

FIDELITY BANK
FILION BANK 252 OCOEE ROAD 34761

1-12
34761
1-3

Michael R Swain

DELWARE COUNTY PRISON TIFORTON PA

10. MILLION DoLLAR           ONE
12 MILLION DOLLAR
14 MILLION DOLLAR
17 MILLION DOLLAR
18 MILLAR DOLLAR            TWO

3330092 WAy

Low Suite go on

$12 \cdot 14 \cdot 21 \frac{99}{DoT} 23 \cdot 26 \cdot 28 \cdot \frac{99}{DoT}$ 1000 WAy

$14, 18, 21, 23, 31, \frac{99}{DoT}$ 38. WELLS FARGO
JoDgE HALAWAy 16. FLooR.

Michael R Swain

DATE
7, 2020



TAMPA FL 336
SAINT PETERSBURG FL
25 JUN 2020 PM 3 L

U.S COURT HOUSE
415 NORTH ORANGE
32801

32801-260105



**State Attorney**
Ninth Judicial Circuit
Orange and Osceola County, Florida

415 North Orange Avenue · Post Office Box 1673 · Orlando, Florida 32801

PRESORTED FIRST CLASS

U.S. POSTAGE » PITNEY BOWES
ZIP 32801 $ 000.38⁹
02 4W
0000368262 JUN 30 2020

US Middle District Courthouse
401 West Central Boulevard
Orlando, FL 32801